**RETURN RECEIPT FOR PRE-SENTENCE REPORT AND SENTENCING RECOMMENDATION**

Case Name:  USA v. Tyree Deon Robinson

Case Number: 01-20048-01

The appeal time having expired and/or the appeal having been concluded, the original Presentence Report, Sentencing Recommendation, and Statement of Reasons were returned to the U.S. Probation Office on March 17, 2005.

Received by:

S/Jane Newlin
U.S. Probation Office

Date: March 17, 2005